Jean H. HARRINGTON and Fred L. Love, Respondents v. Devoe BLACK-
STON and Homeowner's Association of Leeward Landing, Inc., Defen-
dants, of whom Devoe Blackston is Respondent, and Homeowner's Asso-
ciation of Leeward Landing, Inc., is Petitioner.

(473 S.E. (2d) 47)

Supreme Court

June 6, 1996.

ORDER

Petitioner filed a petition for a writ of certiorari to the Court of Appeals in this Court. Prior to the Court acting on the petition, the parties submitted a consent order of settlement and a settlement agreement to the Court for its approval. The consent order of settlement and settlement agreement are hereby approved and the opinion of the Court of Appeals in *Harrington v. Blackston*, — S.C. —, 459 S.E. (2d) 309 (Ct. App. 1995) is vacated.

IT IS SO ORDERED.

/s/ Ernest A. Finney, Jr., C.J.
/s/ Jean H. Toal, J.
/s/ James E. Moore, J.
/s/ John H. Waller, Jr., J.

BURNETT, Justice:

While I agree that the consent order of settlement and settlement agreement should be approved, I disagree with the majority's decision to vacate the Court of Appeals' opinion.